**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Nicholas UGARTE–LEON,
Defendant—Appellant.**

**No. 00–50108.**

**D.C. No. CR–96–01832–B.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 9, 2002.

Before GOODWIN, TROTT, and
GRABER, Circuit Judges.

MEMORANDUM**

Nicholas Ugarte–Leon appeals the district court's revocation of his supervised

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

release. Ugarte–Leon's counsel filed a motion to withdraw as counsel of record and a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ugarte–Leon has not filed a pro se supplemental brief, and appellee did not file an answering brief. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, and we affirm.[1]

Our review of the *Anders* brief and our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), does not reveal any arguable issues for appeal. Accordingly, counsel's motion to withdraw as counsel of record is **GRANTED,** and the district court's decision is **AFFIRMED.**

---

1. Although Ugarte–Leon has been deported to Mexico, this appeal is not moot because Ugarte–Leon's 26–month period of additional supervised release has not expired. *See United States v. Valdez–Gonzalez*, 957 F.2d 643, 646–47 (9th Cir.1992), *abrogated on other grounds by* U.S.S.G. Amendment 345.

